THOMAS COGAN

*v.*

CONOVER MANUFACTURING COMPANY.

GREENVILLE COAL AND ICE COMPANY, appellant,

*v.*

FRANK P. McDERMOTT, receiver, respondent.

[Argued June 26th, 1905.  Decided July 11th, 1906.]

The general authority of the president of a business corporation is
sufficient to warrant him in collecting outstanding accounts and in selling
the accounts for their face value.

On appeal from a decree advised by Vice-Chancellor Garri-
son, whose opinion is reported *ante p. 358.*

*Mr. Charles L. Corbin,* for the appellant.

*Mr. J. Merritt Lane,* for the respondent.

The opinion of the court was delivered by

SWAYZE, J.

The appellant claims a preference upon the funds in the
hands of the receiver by reason of five assignments of accounts
due the insolvent corporation and collected by the receiver.
Four of these accounts were due at the time of the assignments;
one was of money not yet earned.  The resolution of the board
of directors, which is relied on as authorizing the assignments,
empowered the president and treasurer to borrow money of the
Coal and Ice Company, "the same to be returned to them out

of the first collections following such loans." This did not authorize absolute assignments and the right of the appellant must depend upon the general authority of the president. We think this was sufficient to warrant him in collecting money due the company on outstanding accounts, and we see no valid distinction in this respect between collecting the money of the debtor and selling the account for its face value. The result in both cases is the same—book accounts are converted into cash. The first four assignments are valid and the amount thereby assigned belongs to the appellant. The fifth assignment is of money not yet earned. We find no authority in the president to make that assignment, and the claim of the appellant thereunder is not valid.

The decree must be reversed, with costs, and the record remitted for further proceedings in accordance with this opinion.

*For affirmance*—PITNEY, BOGERT, VROOM, GREEN—4.

*For reversal*—THE CHIEF-JUSTICE, GARRISON, FORT, SWAYZE, REED, VREDENBURGH, GRAY—7.